**ORIGINAL**


**FILED**

01/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0421

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0421

RASTA K. WALID,

      Plaintiff and Appellant,

v.

STATE OF MONTANA ATTORNEY
GENERAL, and DEPARTMENT OF REVENUE,

      Defendants and Appellees.

**O R D E R**

Appellant Rasta Khalid Walid has filed a motion for a 120-day extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until May 7, 2024, to file his opening brief.

No further extensions will be granted.

DATED this _19th_ day of January, 2024.

For the Court,

Chief Justice

**FILED**

JAN 1 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana